| | |
|---|---|
| 1 | GLENN D. POMERANTZ (State Bar No. 112503) |
| 2 | KELLY M. KLAUS (State Bar No. 161091)<br>MUNGER, TOLLES & OLSON LLP |
| 3 | 355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100 |
| 4 | Facsimile:     (213) 687-3702<br>Attorneys for Plaintiffs |
| 5 | UMG RECORDINGS, INC., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO.  C-MDL-00-1369 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>UMG RECORDINGS, INC., et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BERTELSMANN AG, et al.,<br><br>        Defendants. | No. C 04-1351 MHP |

Plaintiffs UMG Recordings, Inc., Interscope Records, and Motown Record Company, L.P., and Defendants Bertelsmann AG, Bertelsmann, Inc. and BMG Columbia House, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned action, including all claims raised in the Complaint filed therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement reached by the parties in this action, the contents of which have been deemed confidential by the parties. The parties stipulate that this Court will retain jurisdiction to enforce the settlement agreement.

DATED: September 6, 2006

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
GLENN D. POMERANTZ

Attorneys for Plaintiffs
UMG RECORDINGS, INC., INTERSCOPE RECORDS, and MOTOWN RECORD COMPANY, L.P.

DATED: September 6, 2006

WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
R. BRUCE RICH

Attorneys for Defendants
BERTELSMANN AG, BERTELSMANN, INC. and BMG COLUMBIA HOUSE, INC.

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

September 7, 2006

_____
HON. MARILYN PATEL
DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

1209674.1

- 1 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE C-MDL-00369 (MHP)